IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LIGGINS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-12-CV-1871-N-BD |
| | § | |
| JP MORGAN CHASE BANK, | § | |
| N.A. | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge dated August 16, 2012, the

Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are

accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted.

**SO ORDERED** this 11th day of September, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE